Form ntcdsm

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

Case No.: 18−14349
Chapter: 13
Judge: Pamela S. Hollis

In Re:
   David Dahlbach
   138 Bluegrass Pkwy
   Oswego, IL 60543

Social Security / Individual Taxpayer ID No.:
   xxx−xx−5182

Employer Tax ID / Other nos.:

## NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on August 10, 2018. David Dahlbach, debtor, is prohibited from filing any case for a period of 180 Days from the date of this order.

FOR THE COURT

Dated: August 13, 2018

Jeffrey P. Allsteadt , Clerk
United States Bankruptcy Court

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                   Case No. 18-14349-PSH
David Dahlbach                                                           Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: cgreen              Page 1 of 1            Date Rcvd: Aug 13, 2018
                              Form ID: ntcdsm1          Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2018.
db            +David Dahlbach,    138 Bluegrass Pkwy,    Oswego, IL 60543-7703
26750176      +Alexian Brothers Behavioral Hostp.,    21272 NEtwork Place,    Chicago, IL 60673-1212
26750177       Ally Financial,    PO Box 130424,    Detroit, MI 48243
26885022      +Benjamin J. Rooney,    Keay & Costello, P.C.,    128 S. County Farm Road,
                Wheaton, IL 60187-2400
26750179      +Chase,   3415 Vision Drive,    Mail Code OH4-7142,    Columbus, OH 43219-6009
26750180       Chase Card Services,    PO Box 15298,    Lansdowne, PA 19050
26750181      +Churchhill Club Homeowners Assoc.,    c/o Keay & Costello, PC,    128 S. County Farm Road,
                Wheaton, IL 60187-2400
26885023      +Churchill Club Homeowners Association,    Keay & Costello, P.C.,    128 S. County Farm Road,
                Wheaton, IL 60187-2400
26750182      +Codilis & Associates,    15W030 N. Frontage Road, Suite 100,    Willowbrook, IL 60527-6921
26750183      +DK Landscape and Design, Inc.,    4747 Waakeesha Drive,    Oswego, IL 60543-6815
26750184      +Dreyer Medical Clinic,    28582 Network Place,    Chicago, IL 60673-1285
26750185      +ICS Collection Service,    PO Box 1010,    Tinley Park, IL 60477-9110
26750186      +Loyola University Medical Center,    PO Box 3021,    Milwaukee, WI 53201-3021
26750187      +M/I Financial Corp.,    3 Easton Oval - Suite 500,    Columbus, OH 43219-6011
26750188      +M/I Financial, LLC,    c/o Cenlar FSB,    425 Phillips Blvd.,    Trenton, NJ 08618-1430
26750189      +Medical Business Bureau, LLC,    PO Box 1219,    Park Ridge, IL 60068-7219
26750192      +Physicians Immediate Care,    PO Box 8799,    Carol Stream, IL 60197-8799
26750193      +Presence Mercy Medical Center,    32817 Collection Center Drive,    Chicago, IL 60693-0001
26750195      +The Master Operating Assoc. of,    Churchhill c/o Keay & Costello, PC,    128 S. County Farm Road,
                Wheaton, IL 60187-2400
26885024      +The Master Operating Association of Churchill Club,    Keay & Costello, P.C.,
                128 S. County Farm Road,    Wheaton, IL 60187-2400

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
26750178      +EDI: CHASE.COM Aug 14 2018 04:48:00      Chase,    PO Box 15298,    Wilmington, DE 19850-5298
26750190      +EDI: MID8.COM Aug 14 2018 04:43:00      Midland Funding, LLC,    PO Box 2011,
                Warren, MI 48090-2011
26750191      +E-mail/Text: bankruptcyinformationgroup@mortonbank.com Aug 14 2018 01:17:38
                Morton Comm. Bank,    721 W. Jackson Blvd.,    Morton, IL 61550-1537
26750194      +EDI: RMSC.COM Aug 14 2018 04:43:00      Synchrony Bank,    PO Box 103104,
                Roswell, GA 30076-9104
26757019      +EDI: RMSC.COM Aug 14 2018 04:43:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2018 at the address(es) listed below:
          Christina Banyon    on behalf of Debtor 1 David  Dahlbach cbanyon.law@gmail.com
          Gerald Mylander    on behalf of Trustee Glenn B Stearns mcguckin_m@lisle13.com
          Glenn B Stearns    stearns_g@lisle13.com
          James M Philbrick    on behalf of Creditor    Ally Financial jmphilbrick@att.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                              TOTAL: 5